**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
GALIT A. KNOTZ (SBN 252962)
gknopp@akingump.com
mcuriel@akingump.com
gknotz@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BARRETT,<br><br>    Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 12-09133 DDP (PLAx)<br><br>[Hon. Dean D. Pregerson]<br><br>**ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL**<br><br>Date Action Filed: September 20, 2012<br><br>Trial Date: January 21, 2014 |

[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL

104384992

1  The Court, having considered the Joint Stipulation Regarding Protection of
2  Confidential Discovery Material ("Stipulation") submitted by Defendant Starbucks
3  Corporation and plaintiff Tracy Barrett, and finding good cause shown per Rule
4  26(c)(1), hereby orders as follows:

The terms set forth in the Stipulation shall be implemented.

**IT IS SO ORDERED.**

Dated: April 16, 2013          By:_____
                                    Hon. Paul L. Abrams
                                    United States Magistrate Judge

[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL DISCOVERY MATERIAL
104384992